**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 26, 2026

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: *Kun Zhao v. Markwayne Mullin, et al.*, 26 Civ. 5534 (KPF)**

Dear Judge Failla:

This Office represents the Government in this action brought under the Administrative Procedure Act ("APA") and the Mandamus Act by Kun Zhao ("Plaintiff"). This action seeks an order requiring the government to facilitate Plaintiff's return to the United States following her removal to the People's Republic of China, despite the fact that Plaintiff's removal order was not final. I write respectfully to request a 30-day extension of time for the Government to respond to the Complaint, from September 14, 2026, to October 14, 2026. Correspondingly, I respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled for September 4, 2026 at 10:00 a.m., to a time convenient to the Court after the government's response to the Complaint would be due if the Court grants the requested extension.

I make this request because additional time is needed for this Office to confer further with U.S. Immigration and Customs Enforcement ("ICE") to determine whether there may be a consensual resolution of this case that may obviate the need for further litigation. And if those efforts are unsuccessful, additional time would be needed to prepare the Government's response to the Complaint. This is the Government's first request for an extension to respond to the Complaint and for an adjournment of the initial pretrial conference in this case. Plaintiff's counsel does not consent to this request because his client will not consent to the request made herein.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *_/s/ Brian E. Hilburn_*
Brian E. Hilburn
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007

Tel.: (212) 637-2614
E-mail: brian.hilburn@usdoj.gov
*Attorney for Respondents*

cc: Plaintiff's counsel (via ECF)

Application GRANTED. Respondents shall file an answer or otherwise respond to the Complaint on or before **October 14, 2026.**

Additionally, the Initial Pretrial Conference currently scheduled for September 4, 2026, is hereby ADJOURNED to **October 20, 2026**, at **2:30 p.m.** The conference will be held telephonically. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

Dated: August 27, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE