**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 13, 2026

**<u>Via ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: *Kun Zhao v. Markwayne Mullin, et al.*, 26 Civ. 5534 (KPF)**

Dear Judge Failla:

This Office represents the Government in this action brought under the Administrative Procedure Act ("APA") and the Mandamus Act by Kun Zhao ("Plaintiff"). This action seeks an order requiring the government to facilitate Plaintiff's return to the United States following her removal to the People's Republic of China, despite the fact that Plaintiff's removal order was not final. I write respectfully to request a 30-day extension of time for the Government to respond to the Complaint, from October 14, 2026, to November 13, 2026. Correspondingly, I respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled for October 20, 2026, at 2:30 p.m., to a time convenient to the Court after the Government's response would be due if the Court grants the requested extension.

I make this request because U.S. Immigration and Customs Enforcement ("ICE") is in the process of facilitating Plaintiff's return to the United States, which is anticipated to occur by the end of this month. The requested extension and adjournment will allow time for Petitioner to return to the United States, and for the parties to confer about this matter after her return. This is the Government's second request for an extension to respond to the Complaint and for an adjournment of the Initial Pretrial Conference. Plaintiff's counsel consents to this request.

I thank the Court for its consideration of these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *<u>/s/ Brian E. Hilburn</u>*
Brian E. Hilburn
Assistant United States Attorney
Tel.: (212) 637-2614
E-mail: brian.hilburn@usdoj.gov
*Attorney for Respondents*

cc: Plaintiff's counsel (via ECF)

Application GRANTED. The Government shall answer or otherwise respond to the Complaint on **November 13, 2026.**

Additionally, the Initial Pretrial Conference currently scheduled for October 20, 2026, is hereby ADJOURNED to **December 14, 2026**, at **12:00 p.m**. The conference will be held telephonically. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Dated: October 14, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE